UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 27 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Today's Date: 4-25-23

Time: 1:33 pm

CHRISTIAN PINEDA.,

    Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

    Defendants.

Case No. <u>CV 21-6470-CBM(ASx)</u>

*REDACTED AS TO FOREPERSON SIGNATURE*

JURY NOTE NUMBER # 1

____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

____ THE JURY REQUESTS THE FOLLOWING:

Foreperson: Brenda Mary Ramirez #3
5:00   4/25

SIGNED: /s/

FOREPERSON OF THE JURY