Dan Stormer, Esq. [S.B. #101967]
Morgan Ricketts, Esq. [S.B. #268892]
David Clay Washington, Esq. [S.B. #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        mricketts@hadsellstormer.com
        dwashington@hadsellstormer.com

Attorneys for Plaintiff
CHRISTIAN PINEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PINEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES; CHIEF MICHEL MOORE; COLTON HANEY and STEPHEN MCCLEAN,<br><br>　　　　Defendants. | Case No.: 2:21-cv-06470-CBM-ASx<br><br>[Assigned to the Honorable Consuelo B. Marshall – Courtroom 8D]<br><br>**JUDGMENT AFTER JURY TRIAL [JS-6]**<br><br>Complaint filed:　　August 11, 2021<br>Discovery Cut-Off:　July 29, 2022<br>Motion Cut-Off:　　November 8, 2022<br>Trial Date:　　　　April 19, 2023 |

JUDGMENT AFTER JURY TRIAL

|   |   |
|---|---|
| 1 | This action was tried on April 19, 2023, in Courtroom 10D of the United States |
| 2 | District Court, Central District of California, 350 West First Street, Los Angeles, |
| 3 | California 90012. Plaintiff Christian Pineda was represented by attorneys Dan Stormer, |
| 4 | Esq.; Morgan Ricketts, Esq.; and David Washington, Esq., of Hadsell Stormer Renick |
| 5 | & Dai LLP. Defendants Colton Haney, Michel Moore, and City of Los Angeles were |
| 6 | represented by Tom Hurrell, Esq.; Joseph Miller, Esq.; and Kevin Rashidi, Esq., of |
| 7 | Hurrell Cantrall LLP. |
| 8 | A jury of eight persons was empaneled and sworn. The case was tried in a single |
| 9 | phase for liability, damages, and punitive damages. Witnesses were sworn and testified. |
| 10 | After hearing the evidence, and arguments of counsel, the jury was duly instructed by |
| 11 | the Court and the case was submitted to the jury on April 25, 2023. The following day |
| 12 | deliberations were not held. On April 27, 2023, the jury continued deliberating and |
| 13 | returned findings of liability against Defendants Haney and City of Los Angeles, and |
| 14 | compensatory damages of $85,000, as reflected in the completed Special Verdict Form, |
| 15 | attached hereto as Exhibit 1. |

Dated: May 17, 2023

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: ___/s/ Morgan E. Ricketts___
    Dan Stormer
    Morgan E. Ricketts
    David Clay Washington
Attorneys for Plaintiff
CHRISTIAN PINEDA

**IT IS SO ORDERED.**

Dated: MAY 24, 2023

_____
The Honorable Consuelo B. Marshall
United States District Judge

JUDGMENT AFTER JURY TRIAL

-1-

# Exhibit 1

ORIGINAL



FILED
CLERK, U.S. DISTRICT COURT
APR 27 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PINEDA,<br><br>    Plaintiff,<br>v.<br>CITY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | Case No.: 2:21-cv-06470-CBM-ASx<br><br>**COURT'S VERDICT FORM**<br><br>*REDACTED AS TO FOREPERSON SIGNATURE* |

1

WE, THE JURY, unanimously find as follows:

1. Did Plaintiff prove Defendant Haney used excessive force in violation of Mr. Pineda's Fourth Amendment rights (*see* Court's Instruction No. 14)?

    ✓ YES ____ NO

2. Did Plaintiff prove Defendant Haney violated his First Amendment Constitutional Right to Free Expression (*see* Court's Instruction Nos. 13)?

    ____ YES ✓ NO

*If you answered "Yes" to Question 1 or Question 2, answer Questions 3 through 10. If you answered No to Questions 1 and 2, answer no further questions, and have the presiding juror sign and date this form.*

3. Did Plaintiff prove Defendant City of Los Angeles violated Mr. Pineda's Constitutional Rights through an expressly adopted official policy or widespread or longstanding practice?

    ____ YES ✓ NO

4. Did Plaintiff prove Defendant City of Los Angeles violated Mr. Pineda's Constitutional Rights through the acts of a final policy maker?

    ____ YES ✓ NO

5. Did Plaintiff prove Defendant City of Los Angeles violated Mr. Pineda's Constitutional Rights by failing to adopt policies to prevent violations of the law by its police officers?

    ____ YES ✓ NO

6. Did Plaintiff prove Defendant City of Los Angeles violated Mr. Pineda's Constitutional Rights by ratifying the acts and/or failures to act by the decision of a final policymaker?

    ____ YES ✓ NO

7. Did Plaintiff prove Defendant City of Los Angeles violated Mr. Pineda's Constitutional Rights by failing to properly train its officers to handle the usual and recurring situations with which they would have to deal?

                 ✓ YES    NO

8. Did Plaintiff prove Defendant Michel Moore violated Mr. Pineda's Constitutional Rights?

                 ___ YES   ✓ NO

**DAMAGES**

9. Enter the amount of compensatory damages or nominal damages that you award Plaintiff (*see* Court's Instruction Nos. 23-24).

            Amount: $ 85,000.00

eighty five thousand dollars and no cents.

10. Did Plaintiff prove Defendant Haney acted with malice, oppression, or reckless disregard for Mr. Pineda's rights (*see* Court's Instruction No. 31)?

                 ✓ YES    NO

*If you answered "Yes" to Question 10, then answer Question 11.*

**PUNITIVE DAMAGES**

11. Enter the amount of punitive damages that you award Mr. Pineda.

            Amount: $ 0

*Please date and sign below, and return this verdict form to the Court.*

DATED: 4/27/2023          /s/

                  FOREPERSON

3